May 15, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

LANCE THAI TRAN, DDS, PA D/B/A BROADWAY FAMILY DENTAL CARE, Appellant

NO. 14-14-00318-CV          V.

MARIA CHAVEZ, Appellee

_____

This cause, an appeal from the order denying appellant Lance Thai Tran, DDS, PA d/b/a Broadway Family Dental Care's motion to dismiss for failure to produce an expert report, signed April 22, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Lance Thai Tran, DDS, PA d/b/a Broadway Family Dental Care, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.